E-FILED
Wednesday, 14 November, 2007  02:21:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

FILED
NOV 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD L. GOINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No: 07-4073 |
| ) | |
| UNION PACIFIC RAILROAD ) | Division _____ |
| COMPANY, ) | |
| SERVE: ) | |
|    CT Corporation System ) | **FILED** |
|    208 So. LaSalle St., Ste. 814 ) | NOV 1 4 2007 |
|    Chicago, IL 60604 ) | |
| ) | JOHN M. WATERS, Clerk |
| and ) | U.S. DISTRICT COURT |
| ) | CENTRAL DISTRICT OF ILLINOIS |
| RENZENBERGER, INC., ) | JURY TRIAL DEMANDED |
| SERVE: ) | |
|    CT Corporation System ) | |
|    208 So. LaSalle St., Suite 814 ) | CLERK TO ISSUE SUMMONS |
|    Chicago, IL 60604 ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT I

**(Federal Employers' Liability Act)**

COMES NOW Plaintiff, Donald L. Goings, by and through his attorneys, Holland, Groves, Schneller & Stolze, L.L.C., and for Count I of his cause of action against the defendant, Union Pacific Railroad Company, states:

1. Defendant, Union Pacific Railroad Company, is now, and was at all times hereinafter mentioned, a railroad corporation duly organized and existing

according to law to engage in, and was engaged in, business as a common carrier in interstate commerce between the several states of the United States.

2. That at all times relevant herein, including the present, the defendant, Union Pacific Railroad Company, has operated trains, owned tracks and yards and other property in the counties of the State of Illinois comprising the Central District of Illinois.

3. That at all times hereinafter mentioned, the plaintiff, Donald L. Goings, was employed by the defendant, Union Pacific Railroad Company, in interstate commerce.

4. That at all times hereinafter mentioned, the plaintiff, Donald L. Goings, and the defendant, Union Pacific Railroad Company, were employed and engaged in interstate commerce, and by reason thereof, their mutual and respective rights and liabilities were governed by a certain Act of Congress, known as the Federal Employer's Liability Act, 45 U.S.C. Section 51-60.  That this action is properly venued in this Court under the FELA and that this Court has jurisdiction pursuant to 28 U.S.C. 1331, Federal Question Jurisdiction.

5. That on or about February 16, 2006, while employed for the defendant, Union Pacific Railroad Company, the plaintiff, Donald L. Goings, had been a passenger in a Renzenberger, Inc.'s, van owned and/or operated by the defendant, Renzenberger, Inc., whose services had been contracted for by the defendant, Union Pacific Railroad Company, its agents, servants, or employees.

6.  At said time and place, the plaintiff, Donald L. Goings, was injured while traveling to work when the van owned or operated by the defendant, Renzenberger, Inc., turned over in a farm field east of Monmouth, Illinois, after traveling at an excessive rate of speed for the icy conditions.

7.  Plaintiff, Donald L. Goings, states that his injuries and damages were due in whole or in part as a result of the negligent acts or omissions of the defendant, Union Pacific Railroad Company, in one or more of the following respects:

    a.  It failed to provide the plaintiff with reasonably safe conditions for work; or

    b.  It failed to provide the plaintiff with a reasonably safe place to work; or

    c.  It failed to provide the plaintiff with reasonably safe transportation; or

    d.  Its agent or servant negligently and carelessly failed to maintain careful lookout;

    e.  Its agent or servant was traveling at an excessive rate of speed, or

    f.  It negligently and carelessly failed to train its agent or servant; or

    g   If failed to comply with the following laws:  625 ILCS 5/11-1304; 625 ILCS 5/11-601; 625 ILCS 5/11-701 which failure constitutes negligence per se.

8.  As a result of the aforementioned conduct of the defendant, Union Pacific Railroad Company, the plaintiff, Donald L. Goings, was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered

injuries to his back, and the discs, blood vessels, ligaments and adjacent structures; Plaintiff has suffered stress, depression, distress and anxiety as a result of his injuries; Plaintiff was caused to undergo x-rays and painful tests; he was caused to undergo medical treatment and painful tests.  Plaintiff has lost the wages of his employment with defendant and will in the future lose further such wages; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums.  Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of defendant's negligence.  Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to Plaintiff's damage in a sum to be determined.

WHEREFORE, the plaintiff, Donald L. Goings, prays Judgment in Count I of his Complaint against the defendant, Union Pacific Railroad Company, for a sum fair and reasonable under the circumstances in excess of Seventy Five Thousand Dollars ($75,000.00) together with his costs herein expended.

## C O U N T   I I

### Personal Injury - Negligence

COMES NOW Plaintiff, Donald L. Goings, by and through his attorneys, Holland, Groves, Schneller & Stolze, L.L.C., and for Count II of his cause of action against the defendant, Renzengerger, Inc., states:

1. Plaintiff, Donald L. Goings, is now, and was at all times relevant, a railroad worker and residing in Lewistown, Missouri.

2. Defendant, Renzenberger, Inc., is, and was at all times relevant, a corporation with an agent for service of process in Chicago, Illinois and/or Shawnee, KS, and engaged in the business of transporting railroad workers for and on behalf of the defendant, Union Pacific Railroad Company, a common carrier by rail engaged in interstate commerce as more fully set forth above. Defendants, Renzenberger, Inc., and Union Pacific Railroad Company, had an agreement, either express or implied, for the transportation of the railroad workers while in interstate commerce and the defendant, Renzenberger, Inc., was, in fact, performing pursuant to said agreement at the time of the incident more fully set forth above. This Court has jurisdiction pursuant to 28 U.S.C. 1367(a), as the claims are so related that they form part of the same case or controversy. .

3. On or about February 16, 2006, the plaintiff, Donald L. Goings, was a passenger in a Renzenberger, Inc., van owned and/or operated by the defendant, Renzenberger, Inc., that was approximately one (1) mile east of Monmouth, Illinois, on Route 34 on the south side of the road.

4. The van operated by the defendant, Renzenberger, Inc., in which plaintiff, Donald L. Goings, was a passenger, was traveling at an excessive rate of speed for the conditions then and there existing.

5. The van operated by the defendant, Renzenberger, Inc., in which plaintiff, Donald L. Goings, was a passenger, was traveling at an excessive rate of speed for the conditions then and there existing and ran off of the road and flipped over in a farm field.

6. Plaintiff, Donald L. Goings, states that his injuries and damages were due in whole or in part as the result of the negligent acts or omissions of the defendant, Renzenberger, Inc., in one or more of the following respects:

   a. It failed to provide the plaintiff with reasonably safe transportation;

   b. Its agent or servant negligently and carelessly failed to maintain a careful lookout;

   c. Its agent or servant was traveling at an excessive rate of speed, or

   d. It negligently and carelessly failed to train its agent or servant; or

   e. If failed to comply with the following laws: 625 ILCS 5/11-1304; 625 ILCS 5/11-601; 625 ILCS 5/11-701 which failure constitutes negligence per se.

7. As a result of the aforementioned conduct of the defendant, Renzenberger, Inc., the plaintiff, Donald L. Goings, was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered injuries to his back. and the discs, blood vessels, ligaments and adjacent structures; Plaintiff has suffered stress, depression, distress and anxiety as a result of his injuries; Plaintiff was caused to undergo x-rays and painful tests; he was caused to undergo medical treatment and painful tests. Plaintiff has lost the wages of his

employment with defendant and will in the future lose further such wages; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums.  Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of defendant's negligence.  Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to Plaintiff's damage in a sum to be determined.

WHEREFORE, the plaintiff, Donald L. Goings, prays Judgment in Count II of his Complaint against the defendant, Renzenberger, Inc., for a sum fair and reasonable under the circumstances in excess of Seventy Five Thousand Dollars ($75,000.00) together with his costs herein expended.

HOLLAND, GROVES, SCHNELLER
& STOLZE, L.L.C.

s/Gerard B. Schneller
Gerard B. Schneller - #:  6205863
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
314/241-8111
314/241-5554 - Fax
gschneller@allfela.com
Attorney for Plaintiff
